**1478-16**

# ELECTRONIC RECORD

COA #   02-15-00409-CR                    OFFENSE:   30.02F1

STYLE:   Michael Zamarripa v. The State of Texas          COUNTY:   Tarrant

COA DISPOSITION:   AFFIRM                    TRIAL COURT:   432nd District Court

DATE: 12/15/16                    Publish: YES    TC CASE #:    1342568D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Michael Zamarripa v. The State of Texas          CCA #:   **1478-16**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _03/01/2017_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD